```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF HAWAII

INDIRA DAYANNA LOPEZ-RUIZ,     )    CIVIL NO. 11-00065 SOM/KSC
                               )
          Plaintiff,           )    ORDER DISMISSING THE CASE
                               )
     vs.                       )
                               )
TRIPLER ARMY MEDICAL CENTER,   )
U.S. ARMY 8 BRIDGADE, 728      )
BATTALION, 552 & 58 MP         )
COMPANY, DEPARTMENT OF HUMAN   )
SERVICES, CHILD WELFARE        )
SERVICES, ELSA McGEHEE,        )
HONOLULU POLICE DEPARTMENT,    )
KCPC, STATE OF HAWAII

          Defendants.
_____
```

## ORDER DISMISSING THE CASE

On February 4, 2011, this court dismissed without prejudice pro se Plaintiff Indira Dayanna Lopez-Ruiz's Complaint. The court gave Lopez-Ruiz leave to amend her Complaint to state a viable claim by March 8, 2011. See ECF No. 11. As Lopez-Ruiz has not filed an amended Complaint by the deadline, this action is dismissed with prejudice. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 15, 2011.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Lopez-Ruiz v. Tripler Army Medical Center, et al., Civil No. 11-00065 SOM/KSC; ORDER DISMISSING COMPLAINT; ORDER DISMISSING THE CASE.